ANDREW Y. CHIANG
4/1/19

A: 3/29/19

FILED

2019 APR -1 PM 1:06

MC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>James Madison II BOTHERAS,<br><br>Defendant. | Case No. **19MJ9032**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about March 29, 2019, within the Southern District of California, defendant James Madison II BOTHERAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Ivan LOZANO-Garcia,

Sergio Baltazar SANDOVAL-Arismendi,

Jose Felipe Antonio SOTELO-Ayala, and

Mario Agusto SUCHITE-Perez,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the Probable Cause Statement, which is incorporated herein by reference.

ROBERT PEREZ
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF APRIL, 2019.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

James Madison II BOTHERAS

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Michael Aguilar declare under penalty of perjury, the following is true and correct:

The complainant states that this complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) J. Morales, that on March 29, 2019, James Madison II BOTHERAS (BOTHERAS), a United States Citizen, was arrested near El Centro, California while smuggling four undocumented aliens in violation of Title 8, United States Code, Section 1324.

On March 29, 2019, at approximately 12:12 p.m., El Centro Sector Radio dispatch (KAK 840) informed agents in the area of a be on look out alert (BOLO) for a black Ford Expedition (Ford) bearing license plate number 6TNS308 travelling eastbound on Interstate 8 (I-8) from In-Ko-Pah, California. 840 advised agents that the Ford was believed to have been involved in an alien smuggling event.

At approximately 12:35 p.m., BPA Morales observed a vehicle matching the Ford's description pass his location near a rest area located east of Drew Road on I-8. BPA Morales proceeded to pull in behind the vehicle and while doing so, observed multiple passengers in the rear of the Ford sitting on the floor. BPA Morales was also able to notice that some of the passengers were seated with their backs against the door/windows. The

driver, later identified as BOTHERAS, was observed sitting in a rigid, unnatural position with both hands gripping the steering wheel.

BPA Morales proceeded to run the vehicle's license plate with 840 and confirmed that it was a match to the BOLO alert. Based on his observations and due to the fact that the license plate matched the BOLO alert, BPA Morales believed that the Ford was involved in illicit activity. BPA Morales activated his service vehicle's emergency lights and sirens in an effort to conduct a vehicle stop. The Ford proceeded to pull over to the side of the ride on the eastbound lane of I-8, east of Forrester Road.

BPA Morales exited his vehicle, approached the driver's side door, identified himself as a BPA and proceeded to question BOTHERAS as to his citizenship. BOTHERAS replied, "Why do you want to know?" While questioning BOTHERAS, BPA Morales observed multiple passengers in the rear passenger area sitting on the floor and against the doors. BPA Morales ordered BOTHERAS to roll down the back window so that he could question the passengers but BOTHERAS refused to do so. BPA Morales then ordered BOTHERAS to turn off the Ford's ignition, to which BOTHERAS uttered, "I didn't do anything man! All I did was pick them up from the side of the road."

At this time, BPA Morales informed BOTHERAS that he was under arrest for alien smuggling. BOTHERAS then proceeded to roll up his window while BPA Morales was talking to him. BPA Morales then observed BOTHERAS pick up his cell phone and call someone while continuing to ignore him. BPA Morales attempted to open the door in an effort to talk to BOTHERAS, but BOTHERAS locked the door. BOTHERAS then

5

proceeded to turn the Ford's wheels towards the road in what appeared to be an attempt to abscond. BPA Morales drew out his service weapon, aimed at BOTHERAS, and proceeded to request backup via service radio.

A few minutes later, BPA Acevedo arrived on scene. BPA Acevedo ordered BOTHERAS to exit the Ford, but BOTHERAS refused to comply. BPA Morales then instructed BPA Acevedo to assist him in removing the passengers of the Ford before readdressing BOTHERAS. BOTHERAS then suddenly stepped out of the Ford with his fists clenched and proceeded to blade off into a fighting stance. BPA Morales proceeded to grab one of BOTHERAS' arms and turned BOTHERAS around to face the vehicle. BPA Morales commanded BOTHERAS to place his hands behind his head but BOTHERAS refused to comply. BPA Morales then attempted to place BOTHERAS hands behind his head but BOTHERAS proceeded to forcefully bring his hands down to his sides and turn around. BPA Morales then extended his collapsible steel baton (CSB) and proceeded to place it under BOTHERAS' bicep in an effort to control and direct BOTHERAS to the rear of the Ford. BPA Morales then commanded BOTHERAS to get down on his knees and lay on the ground.

BOTHERAS responded by shouting, "Fuck you bitch, I'm not going to do it!!" BPA Acevedo then arrived and assisted BPA Morales in placing BOTHERAS on the ground. BOTHERAS proceeded to attempt to get up from the ground and placed his right hand underneath his waist area. BPA Morales attempted to grab one of BOTHERAS' hands in an effort to handcuff him. BOTHERAS then grabbed BPA Morales' wrist. BPA

6

Morales proceeded to deliver multiple pressure point strikes to BOTHERAS' forearm and triceps in an effort to break free of his grasp. As BPA Morales struggled with BOTHERAS, a pit bull jumped out of the Ford and proceeded to bite BPA Morales' hand. The pit bull then started to climb onto BPA Morales. BPA Acevedo yelled at the pit bull and attempted to get it off BPA Morales, but was unsuccessful. Fearing for BPA Morales' safety, BPA Acevedo drew his service weapon and opened fire on the dog.

BPA Morales was then able to successfully handcuff BOTHERAS. BPAs Acevedo and Morales proceeded to check on the other individuals to see if they required any medical attention. After confirming that no injuries were sustained, BPAs Acevedo and Morales placed BOTHERAS under arrest.

BPAs Acevedo and Morales then questioned the rear seat passengers as to their citizenship. The individuals, later identified as:

>Ivan LOZANO-Garcia (LOZANO),
>
>Sergio Baltazar SANDOVAL-Arismendi (SANDOVAL),
>
>Jose Felipe Antonio SOTELO-Ayala (SOTELO), and
>
>Mario Agusto SUCHITE-Perez (SUCHITE),

stated that they were citizens of Mexico illegally present in the United States. The BPAs then placed all four subjects under arrest for illegally entering the country. BOTHERAS and the four smuggled aliens were transported to the Calexico Station for processing and further interview.

7

BOTHERAS was read his Miranda Rights. BOTHERAS stated he understood his rights and was willing to answer questions without the presence of a lawyer. BOTHERAS stated that a few weeks ago, he created a post on Craigslist asking for any type of work available. BOTHERAS stated that he received an email from an unknown subject offering him a job to provide transportation. BOTHERAS stated that he successfully transported three unidentified individuals to Commerce, California and that he received $500.00 United States Dollars (USD) for each individual. BOTHERAS stated on March 28, 2019, he received a call from the same unidentified individual offering another job. BOTHERAS stated he was instructed to pick up four individuals inside a private property near I-8 and Highway 94 and take them to a Denny's Restaurant located in El Centro, California.

Material Witnesses LOZANO, SANDOVAL, SOTELO, and SUCHITE stated they were going to pay between $4,000.00 to $8,000.00 United States Dollars to be smuggled into the United States.

Material Witnesses LOZANO, SANDOVAL, SOTELO, and SUCHITE were shown a six-pack photographic line up. Material Witnesses LOZANO, SANDOVAL, SOTELO, and SUCHITE were able to identify BOTHERAS as the driver of the Ford.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Ivan LOZANO-Garcia | Mexico |
| Sergio Baltazar SANDOVAL-Arismendi | Mexico |

| Jose Felipe Antonio SOTELO-Ayala | Mexico |
| --- | --- |
| Mario Agusto SUCHITE-Perez | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on March 31, 2019 at 2:20 p.m.

MICHAEL AGUILAR
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 6 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 29, 2019 in violation of Title 8, United States Code 1324.

HON. ANDREW G. SCHOPLER
United States Magistrate Judge

2:54 PM, Mar 31, 2019

Date/Time

9